UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SCOTT MITCHELL BUMMER, <br><br> Defendant. | CR-15-46 -GF-BMM <br><br> ORDER |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED 12th day of December, 2016.

_____
Brian Morris
United States District Court Judge