UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR-15-46-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| SCOTT MITCHELL BUMMER, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the following weapons, which have been admitted as exhibits, shall be retained in the custody of the United States Marshals Service during evening recesses, and shall be returned to the custody of the courtroom deputy prior to the beginning of proceedings each morning until the conclusion of the trial or hearing in this matter.

| Exhibit Number | Description |
|---|---|
| 7 | Marlin, model 881, .22 caliber, bolt action rifle, serial number 08618781 |
| 8 | Mossberg, model 500A, 12 gauge, pump action shotgun, serial number T284067 |
| 9 | Browning, model 30, 12 gauge, pump action shotgun, serial number 09765PW152 |
| 10 | SKS, 7.62x39 caliber, semi-automatic rifle, serial number 22002860 |

| | |
|---|---|
| 11 | Smith and Wesson, model Airweight, .38 caliber revolver, serial number 103426 |
| 12 | Em-Ge, model 5, .32 caliber pistol with no visible serial number |

At the conclusion of the trial or hearing, the courtroom deputy shall return the exhibits to the case agent.

DATED this 12th day of December, 2016.

*[signature: Brian Morris]*

Brian Morris
United States District Court Judge