**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT MITCHELL BUMMER,<br><br>Defendant. | CR 15-46-GF-BMM<br><br><br><br>**PRELIMINARY ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. Defendant Scott Mitchell Bummer was convicted of Counts I, II and III of the Superseding Indictment after a jury trial December 13, 2016. The jury also returned a verdict of yes as to the forfeiture of the following items:

- $7,452.00 in United States currency;

- Mossberg, model 500A, 12 gauge, pump action shotgun, serial number T284067;

- SKS, 7.62x39 caliber, semi-automatic rifle, serial number 22002860;

1

- Smith and Wesson, model Airweight, .38 caliber revolver, serial number 103426;

- Em-Ge, model 5, .32 caliber pistol with no visible serial number

The defendant's conviction provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 21 U.S.C. §§ 853 and 881(a)(11).

IT IS ORDERED:

THAT defendant Bummer's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853 and 881(a)(11).

- $7,452.00 in United States currency;

- Mossberg, model 500A, 12 gauge, pump action shotgun, serial number T284067;

- SKS, 7.62x39 caliber, semi-automatic rifle, serial number 22002860;

- Smith and Wesson, model Airweight, .38 caliber revolver, serial number 103426;

- Em-Ge, model 5, .32 caliber pistol with no visible serial number

THAT the United States Marshals Service and the Bureau of Alcohol, Tobacco, Firearms and Explosives are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Preliminary Order of Forfeiture.

DATED this 15th day of December, 2016.

_____
Brian Morris
United States District Court Judge