# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** **Plaintiff,** vs. **SCOTT MITCHELL BUMMER,** **Defendant.** | **CR 15-46-GF-BMM** **FINAL ORDER OF FORFEITURE** |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture. Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 21 U.S.C. § 881(a)(11);

2. A Preliminary Order of Forfeiture was entered on December 15, 2016;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. There appears there is cause to issue a forfeiture order under 21 U.S.C. § 881(a)(11);

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1. The Motion for Final Order of Forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 881(a)(11), free from the claims of any other party:

- $7,452.00 in United States currency;

- Mossberg, model 500A, 12 gauge, pump action shotgun, serial number T284067;

- SKS, 7.62x39 caliber, semi-automatic rifle, serial number 22002860;

- Smith and Wesson, model Airweight, .38 caliber revolver, serial number 103426;

- Em-Ge, model 5, .32 caliber pistol with no visible serial number

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 15th day of March, 2017.

_Brian Morris_
Brian Morris
United States District Court Judge